IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 13


CAROL ANN SERAFINO                             :


                    DEBTOR(S)                  :        BANKRUPTCY NO. 15-18221 -JKF

_____

ORDER

AND NOW, a Motion for Relief from Stay Regarding 432 East Cardigan Terrace, West Chester, PA 19380 having been filed by PNC Bank, National Association on April 6, 2016,

AND the Motion having been reported settled with a stipulation to be filed as of the hearing of May 4, 2016,

AND no Settlement Stipulation having been e-filed on the case docket despite reminders by the Clerk's Office, it is hereby

ORDERED that the Motion for Relief from Stay Regarding 432 East Cardigan Terrace, West Chester, PA 19380 Filed by PNC Bank, National Association is DISMISSED for lack of prosecution.

DATE: 7/29/16

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE