United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carol Ann Serafino  
       Debtor

Case No. 15-18221-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Marie<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Aug 05, 2016 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
```
db             +Carol Ann Serafino,    737 Strahle Street,    Philadelphia, PA 19111-1347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANTHONY A. FRIGO    on behalf of Debtor Carol Ann Serafino anthonyfrigo@msn.com
              HEATHER BURNS POZNIAK    on behalf of Creditor    INDIAN KING RESIDENTS' ASSOCIATION, INC.
               hbpozniak@lentzlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              ROBERT J. LOHR, II    on behalf of Creditor    INDIAN KING RESIDENTS' ASSOCIATION, INC.
               bob@lohrandassociates.com, leslie@lohrandassociates.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :          CHAPTER 13

CAROL ANN SERAFINO                                :

            DEBTOR(S)                               :          BANKRUPTCY NO. 15-18221 -JKF

## ORDER

AND NOW, a Motion for Relief from Stay Regarding 432 East Cardigan Terrace, West Chester, PA 19380 having been filed by PNC Bank, National Association on April 6, 2016,

AND the Motion having been reported settled with a stipulation to be filed as of the hearing of May 4, 2016,

AND no Settlement Stipulation having been e-filed on the case docket despite reminders by the Clerk's Office, it is hereby

ORDERED that the Motion for Relief from Stay Regarding 432 East Cardigan Terrace, West Chester, PA 19380 Filed by PNC Bank, National Association is DISMISSED for lack of prosecution.

DATE: 7/29/16

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE