United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-18221-jkf
Carol Ann Serafino                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine             Page 1 of 2            Date Rcvd: Feb 23, 2017
                             Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db           +Carol Ann Serafino,    737 Strahle Street,    Philadelphia, PA 19111-1347
cr           +INDIAN KING RESIDENTS' ASSOCIATION, INC.,    c/o Heather Burns Pozniak, Esquire,
              460 E. King Road,    Malvern, PA 19355-3049
13633323     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13633324     +Capl/Boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13633325     +Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13707740     +Indian King Residents' Association, Inc.,    c/o Associa Mid-Atlantic Management,
              550 Croton Road,    Suite 400,    King of Prussia, PA 19406-3110
13731019     +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
              3232 Newmark Drive,    Attn: Bankruptcy,    Miamisburg, OH 45342-5421
13633327      Pennsylvania Dept. of Revenue,    Dept 280948,    Harrisburg, PA 17128-2601
13633328     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
13659275     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association,     c/o U.S. Bank Home Mortgage,
              A Division of US Bank NA,     4801 Frederica St,    Owensboro, KY 42301)
13689456     +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
              Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:27    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          ++E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723043     +E-mail/Text: bncmail@w-legal.com Feb 24 2017 01:49:16    Cerastes, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13633326      E-mail/Text: cio.bncmail@irs.gov Feb 24 2017 01:48:54    Internal Revenue Service,
              Unsolvency Unit,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13633329     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:33    Syncb/Bp,    Po Box 965024,
              Orlando, FL 32896-5024
13633330     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:46    Syncb/Jc Penney Dc,
              Po Box 965007,    Orlando, FL 32896-5007
13633331     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:33    Syncb/Plcc,    Po Box 965024,
              Orlando, FL 32896-5024
                                                                                      TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
              Norristown, PA 19404-3020
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Denine              Page 2 of 2              Date Rcvd: Feb 23, 2017
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANTHONY A. FRIGO    on behalf of Debtor Carol Ann Serafino anthonyfrigo@msn.com
          HEATHER BURNS POZNIAK    on behalf of Creditor    INDIAN KING RESIDENTS' ASSOCIATION, INC.
           hbpozniak@lentzlaw.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ROBERT J. LOHR, II    on behalf of Creditor    INDIAN KING RESIDENTS' ASSOCIATION, INC.
           bob@lohrandassociates.com,  leslie@lohrandassociates.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 9
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OFPENNSYLVANIA

IN RE:  Carol Ann Serafino  :  Chapter 13
   :  No.  15-18221

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
## APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.   All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession   to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:_____

**Date: February 23, 2017**

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**