# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Carol Anne Serafino        :        Chapter 13
                                   :        No.        15-18221

## ORDER

    AND NOW, this          day of                    , 2017, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

    ORDERED that the fee of $4,000.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $2,000.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

**Date: March 21, 2017**

_____
Jean K. FitzSimon
United States Bankruptcy Judge